**Order entered December 4, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01378-CR

**JOSE EZEQUIEL LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MB16-34780-C**

## ORDER

The record is due December 13, 2018. Before the Court is court reporter Pamela A. Durke-Sweeney's November 29, 2018 request for an extension of time to file the reporter's record. We **GRANT** the request to the extent we **ORDER** the reporter's record due on or before January 14, 2019. *See* TEX. R. APP. P. 4.1, 35.3(c) (each extension must not exceed 30 days in a regular appeal).

/s/     LANA MYERS
            JUSTICE